

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONNIE RAY PEOPLES, | § | No. 08-19-00305-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 19-10-25229-CVW) |

## **MEMORANDUM OPINION**

Appellant Donnie Ray Peoples has filed a motion to withdraw his appeal, stating that he no longer wishes to proceed with his appeal. We construe this as a motion to voluntarily dismiss his own appeal. The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases).


JEFF ALLEY, Chief Justice

February 27, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)